FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 AUG 12 A 11:19

SEALED

CAROL L. MICHEL
CLERK

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-0101** |
| **v.** | * | **SECTION: SECT. I MAG. 1** |
| **WARREN PICARD** | * | **VIOLATION: 18 U.S.C. § 922(g)(1)** |
| | | **18 U.S.C. § 924(a)(2)** |
| | * | |
| * | * | * |

The Grand Jury charges that:

## COUNT 1

### (Felon in Possession of a Firearm)

On or about July 21, 2020, in the Eastern District of Louisiana, the defendant, **WARREN PICARD,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock Model 19, 9mm caliber pistol, bearing serial number TDW156, said firearm having been shipped in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE

1.     The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

Fee ____
Process ____
X Dktd ____
___ CtRmDep ____
___ Doc. No. ____

2.      As a result of the offense alleged in Count 1, the defendant, **WARREN PICARD,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and

Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in

the commission of said offense, including but not limited to the following:

> Glock model 17 9mm firearm, bearing serial number TDW156, loaded with twenty-four (24) rounds in an extended magazine and one (1) in the chamber.

3.      If any of the above-described property, as a result of any act or omission of the

defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

F

DUANE A. EVANS
UNITED STATES ATTORNEY

JONATHAN L. SHIH
Assistant United States Attorneys
New Orleans, Louisiana
August 12, 2021

2

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**WARREN PICARD**

# INDICTMENT

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

**VIOLATION:  18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(a)(2)**

Filed in open court this _____ day of _____

_____ A.D.

2021.

_____
*Clerk*

Bail, $ _____

_____

**JONATHAN L. SHIH**
**Assistant United States Attorney**